IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY LUNDGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV- 575 |
| | ) | |
| CERTIFIED SERVICES, INC., | ) | Judge Leinenweber |
| | ) | |
| Defendant. | ) | |

## **VOUNTARY MOTION TO DISMISS**

NOW COMES the Plaintiff, GREGORY LUNDGREN, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, CERTIFIED SERVICES, INC., with prejudice and without costs to be paid to any party.

                                                Respectfully Submitted,
                                                **GREGORY LUNDGREN**

                                                By: _____*/s Larry P. Smith*_____
                                                         Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY LUNDGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV- 575 |
| | ) | |
| CERTIFIED SERVICES, INC., | ) | Judge Leinenweber |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   CERTIFIED SERVICES, INC.
      Attn: Legal Department

On April 16, 2007, at 9:00a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall, or any judge sitting in her stead, in courtroom 2319, the courtroom usually occupied by her in the Federal Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and present a copy of **Plaintiff's Voluntary Motion to Dismiss,** a copy of which is hereby served upon you.

By:   ___s/ Larry Smith_____
      Attorney for Plaintiff

Name:           LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys For:  Plaintiff
Address:        205 N. Michigan Ave, 40th Floor
City:           Chicago, Illinois 60601
Telephone:      (312) 222-9028
Facsimile:      (312) 602-3911

**CERTIFICATE OF SERVICE BY MAIL**

I, the undersigned, an attorney, certify that I served this notice to the above named party or parties at the above referenced address on April 8, 2008, by 5:00 p.m. from 205 N. Michigan Ave, Chicago, Illinois 60601.

By:   ___s/ Larry Smith_____
      Attorney for Plaintiff