IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY LUNDGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV- 575 |
| | ) | |
| CERTIFIED SERVICES, INC., | ) | Judge Leinenweber |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  CERTIFIED SERVICES, INC.
    Attn: Legal Department
    1733 Washington St, Suite 2
    Waukegan, IL 60085

PLEASE TAKE NOTICE THAT On April 8, 2008, there was filed in the United States District Court for the Northern District of Illinois, **Plaintiff's Voluntary Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

By:  ___*s/ Larry Smith*_____
Attorney for Plaintiff

Name:              LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys For:     Plaintiff
Address:           205 N. Michigan Ave, 40th Floor
City:              Chicago, Illinois 60601
Telephone:         (312) 222-9028
Facsimile:         (312) 602-3911

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, an attorney, certify that I served this notice to the above named party or parties at the above referenced address on April 8, 2008, by 5:00 p.m. from 205 N. Michigan Ave, Chicago, Illinois 60601.

By:  ___*s/ Larry Smith*_____
Attorney for Plaintiff