IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY LUNDGREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV- 575 |
| | ) | |
| CERTIFIED SERVICES, INC., | ) | Judge Leinenweber |
| | ) | |
| Defendant. | ) | |

## VOUNTARY MOTION TO DISMISS

NOW COMES the Plaintiff, GREGORY LUNDGREN, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, CERTIFIED SERVICES, INC., with prejudice and without costs to be paid to any party.

                                                                             Respectfully Submitted,
                                                                             **GREGORY LUNDGREN**

                                                                             By: _____*/s Larry P. Smith*_____
                                                                                        Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911