# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 575 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Gregory Lundgren vs. Certified Services, Inc. | | |

**DOCKET ENTRY TEXT**

Cause voluntarily dismissed by plaintiff with prejudice and without costs to be paid to any part.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

Case 1:08-cv-00575    Document 9    Filed 05/13/2008    Page 1 of 1

08C575 Gregory Lundgren vs. Certified Services, Inc.    Page 1 of 1